# MICHAEL FAKHOURY, P.C.

| | | |
|---|---|---|
| Michael Fakhoury, Esq. | 725 Route 9<br>Fishkill, New York 12524<br>Ph: 845-896-5200<br>Fax: 845-896-4016 | FakhouryLaw.com<br>HudsonValleyLegal@gmail.com |

June 12, 2018

**Via ECF**
Chambers, Hon. Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

    **Re:    Thomas G. Ahern**
            **Chapter 13 Case No. 17-37041(CGM)**

Dear Hon. Judge Morris:

    Please allow this letter to serve as a Loss Mitigation Status Update. The Lender in this case is the Ditech Financial, LLC, formerly represented by Rosicki, Rosicki & Associates, P.C, and as of June 8, 2018 respresented by RAS Boriskin, LLC.

    On January 8, 2018 our office served the Loss-Mitigation Order and filed an affidavit of service. On February 12, 2018 our office received the Creditor Loss Mitigation Affidavit. We are still waiting for the Loss Mitigation package from our client and been having difficulty getting in touch with him.

    However, on or about May 16, 2018, our office received directly from Ditech correspondence indicating that "they received our client's loss mitigation application and determined the application was incomplete and requested additional information, therefore, since they have not received the additional documents, they will not be reviewing the debtor's application at this time".

    Thank you for your attention to this matter.

                                                            Very truly yours,

                                                            /s/ Michael A. Fakhoury
                                                           Michael A. Fakhoury, Esq.

MAF/erw